

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | District<br>ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Oscar FIGUEROA LOPEZ<br>Year of Birth: 1963<br>Country of Citizenship: Mexico<br>A096 381 659<br>Case Control # PTCA110300053 | DOCKET NO.<br>___FILED ___LODGED<br>___RECEIVED ___COPY<br><br>MAR - 1 2011<br><br>MAGISTRATE CASE NO.<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____DEPUTY<br><br>11-03193M- |

Complaint for violation of Title **8** United States Code § **1326 (b)(2)**

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>United States Magistrate Judge | LOCATION<br>Tucson, Arizona |
|---|---|---|
| DATE OF OFFENSE<br>On or about<br>**February 28, 2011** | PLACE OF OFFENSE<br>At or near<br>**Sonoita, Arizona** | ADDRESS OF ACCUSED (if known)<br>**Sinaloa, Mexico** |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:
On or about February 28, 2011, at or near Sonoita, Arizona, in the District of Arizona, Oscar FIGUEROA LOPEZ, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on July 2, 2010, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a), enhanced by Title 8, United States Code, Section 1326 (b)(2).

BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:
Oscar FIGUEROA LOPEZ is a citizen of Mexico. On July 2, 2010, Oscar FIGUEROA LOPEZ was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On February 28, 2011, agents found Oscar FIGUEROA LOPEZ in the United States at or near Sonoita, Arizona. Oscar FIGUEROA LOPEZ did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THIS CHARGE
Border Patrol Agents(s) **BUCHER, John C.**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY AUSA MSF | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence,<br>SIGNATURE OF MAGISTRATE JUDGE (1) | DATE<br>**March 01, 2011** |

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)